IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FREDERICK DWIGHT GREEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-298 (TES-CHW) |
| | * |
| Warden AIMEE SMITH, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 20, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 21st day of December, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk